UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTIANA HILL MOSELEY,**

      **Plaintiff,**　　　　　　　　　　**CASE NUMBER:**

v.

**MCKESSON MEDICAL-SURGICAL, INC.**

      **Defendant.**

_____/

## COMPLAINT
## (JURY TRIAL DEMANDED)

Plaintiff, CHRISTIANA HILL MOSELEY, hereby brings suit against Defendant, MCKESSON MEDICAL-SURGICAL, INC. ("McKesson"), and alleges as follows:

1. This is a proceeding for declaratory and injunctive relief and monetary damages to redress deprivation of rights secured to Plaintiff by the Equal Pay Act ("EPA"), 29 U.S.C. 206(d)(1).

2. Plaintiff is a resident of this Judicial District.

3. Plaintiff was an "employee" as defined by the EPA.

4. Defendant is authorized to do business and doing business in the State of Florida. It is an "employer" as defined by the EPA.

## FACTS

5. Plaintiff is female.

6. Plaintiff was employed by Defendant from February 2010 until November 16, 2012 as a Salaried Account Manager.

7. During her employment, Plaintiff was paid less than men, including but not limited to Raphael Drehsen, who held the same position as her.

8. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

## COUNT I
## EPA-Unequal Pay

9. Plaintiff realleges paragraphs 1 through 8 as if set forth fully herein.

10. Plaintiff was paid less than her male counterparts for equal work by Defendant.

11. Defendant's actions constitute a willful violation of the EPA.

**WHEREFORE**, Plaintiff demands:

(a) Judgment against Defendant for an amount equal to Plaintiff's unpaid back wages at the applicable overtime rate.

(b) Judgment against Defendant that its violations of the FLSA were willful;

(c) An equal amount to the overtime damages as liquidated damages;

(d) To the extent liquidated damages are not awarded, an award of prejudgment interest;

(e) All costs and attorney's fees incurred in prosecuting these claims; and

(f) For such further relief as the Court deems just and equitable.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated this 26th day of November, 2012.

Respectfully Submitted,

/s/ LAC

**LUIS A. CABASSA**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: mkimbrou@wfclaw.com
**Attorney for Plaintiff**