**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTIANA HILL MOSELEY,**

**Plaintiff,** **CASE NUMBER: 8:12-cv-2666T-30EAJ**

**v.**

**MCKESSON MEDICAL-SURGICAL, INC.**

**Defendant.**

______________________________________________/

**AMENDED COMPLAINT**
**(JURY TRIAL DEMANDED)**

Plaintiff, CHRISTIANA HILL MOSELEY, hereby brings suit against Defendant, MCKESSON MEDICAL-SURGICAL, INC. ("McKesson"), and alleges as follows:

1. This is a proceeding for declaratory and injunctive relief and monetary damages to redress deprivation of rights secured to Plaintiff by the Equal Pay Act ("EPA"), 29 U.S.C. 206(d)(1) and the Florida Civil Rights Act of 1992 ("FCRA"), Fla. Stat., 760.10, et seq..

1. Plaintiff is a resident of this Judicial District.

2. Plaintiff was an "employee" as defined by the EPA and the FCRA.

3. Defendant is authorized to do business and doing business in the State of Florida. It is an "employer" as defined by the EPA and the FCRA.

4. Plaintiff has satisfied all conditions precedent.

**FACTS**

5. Plaintiff is female.

6. Plaintiff was employed by Defendant from February 2010 until November 16, 2012 as a Salaried Account Manager.

7. During her employment, Plaintiff was paid less than men, including but not limited to Raphael Drehsen, who held the same position as her.

8. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

**COUNT I**
**EPA-Unequal Pay**

9. Plaintiff realleges paragraphs 1 through 8 as if set forth fully herein.

10. Plaintiff was paid less than her male counterparts for equal work by Defendant.

11. Defendant's actions constitute a willful violation of the EPA.

**WHEREFORE**, Plaintiff demands:

(a) Judgment against Defendant for an amount equal to Plaintiff's unpaid back wages at the applicable overtime rate.

(b) Judgment against Defendant that its violations of the FLSA were willful;

(c) An equal amount to the overtime damages as liquidated damages;

(d) To the extent liquidated damages are not awarded, an award of prejudgment interest;

(e) All costs and attorney's fees incurred in prosecuting these claims; and

(f) For such further relief as the Court deems just and equitable.

**COUNT II-SEX DISCRIMINATION**

12. Plaintiff realleges and readopts the allegations of paragraphs 1 through 8 of this Complaint as though fully set forth herein.

13. Plaintiff is a member of a protected class under the FCRA.

14. Plaintiff was subjected to disparate treatment based on her sex, including being paid less than her male counterparts.

15. Defendant's actions were willful and done with malice.

16. Plaintiff was injured due to Defendant's violations of the FCRA, to which she is entitled to legal and injunctive relief.

**WHEREFORE**, Plaintiff, requests that this Court:

a. Enter an injunction restraining continued violation of the FCRA;

b. Award compensation for lost wages, benefits, and other remuneration;

c. Award compensatory damages, including emotional distress, allowable at law;

d. Award punitive damages; and

**e.** Award reasonable attorney's fees and costs to Plaintiff.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Dated this 12th day of June, 2013.

Respectfully submitted,

/s/ Luis A. Cabassa

**LUIS A. CABASSA**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
Main No.: 813-224-0431
Direct No.: 813-379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: mkimbrou@wfclaw.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2013, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to:

GREGORY A. HEARING
SACHA DYSON
THOMPSON, SIZEMORE, GONZALEZ & HEARING, P.A.
201 N. Franklin Street, Suite 1600
Tampa, Florida 33602

/s/ Luis A. Cabassa
**LUIS A. CABASSA**