**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CHRISTIANA HILL MOSELEY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No.: 8:12-cv-2666T-30EAJ**

**MCKESSON MEDICAL-SURGICAL, INC.**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, CHRISTIANA HILL MOSELEY, by and through her undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, MCKESSON MEDICAL-SURGICAL, INC., has been settled.

Dated this 24th day of September, 2013.

                                                      Respectfully Submitted,

                                                      /s/ Luis A. Cabassa
                                                    **LUIS A. CABASSA**
                                                    Florida Bar Number: 0053643
                                                    Direct No.: 813-379-2565
                                                    **BRANDON J. HILL**
                                                    Florida Bar Number: 37061
                                                    Direct No.: 813-337-7992
                                                    **WENZEL FENTON CABASSA, P.A.**
                                                    1110 North Florida Avenue
                                                    Suite 300
                                                    Tampa, FL 33602
                                                    Telephone: 813-224-0431
                                                    Facsimile: 813-229-8712
                                                    Email: lcabassa@wfclaw.com
                                                    Email: bhill@wfclaw.com
                                                    Email: mkimbrou@wfclaw.com
                                                    **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September, 2013, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to:

GREGORY A. HEARING
SACHA DYSON
THOMPSON, SIZEMORE, GONZALEZ & HEARING, P.A.
201 N. Franklin Street, Suite 1600
Tampa, Florida 33602

s/ Luis A. Cabassa
**LUIS A. CABASSA**